# CASE ANNOUNCEMENTS

*June 10, 2011*

[Cite as *06/10/11 Case Announcements*, 2011-Ohio-2805.]

## MOTION AND PROCEDURAL RULINGS

2011–0959.   State ex rel. Williams v. Sieve.
Hamilton App. No. C–110179. This cause was filed as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's jurisdictional memorandum, it is determined by the court that this cause originated in the court of appeals and, therefore, should proceed as an appeal of right pursuant to S.Ct.Prac.R. 2.1(A)(1).

It is ordered by the court that the Clerk shall issue an order for the transmission of the record from the Court of Appeals for Hamilton County, and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. 6.2 through 6.7.

## MISCELLANEOUS DISMISSALS

2010–1907.   State ex rel. Gambill v. Opperman.
In Mandamus. This cause originated in this court on the filing of a complaint for a writ of mandamus.

Upon consideration of relator's application for dismissal, it is ordered by the court that the application for dismissal is denied.

Further, the records of this court indicate that the relator has not filed a merit brief, due June 6, 2011, in compliance with the alternative writ issued in this case and the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof, it is ordered by the court that this cause is dismissed with prejudice.

# CASE ANNOUNCEMENTS

*June 13, 2011*

[Cite as *06/13/2011 Case Announcements*, 2011-Ohio-2835.]

## MOTION AND PROCEDURAL RULINGS

2010–1842.   State v. Morris.
Medina App. No. 09CA0022–M. This cause is pending before the court as an appeal from the Court of Appeals for Medina County.

Upon consideration of appellee's motion for appointment of counsel, it is ordered by the court that the motion is granted and that David C. Sheldon is appointed to represent appellee.

# CASE ANNOUNCEMENTS

*June 14, 2011*

[Cite as *06/14/2011 Case Announcements*, 2011-Ohio-2861.]